# EXHIBIT 7

10/1/2020                                                Craig Etchegoyen - Chief Executive Officer - PARTIE | LinkedIn

Linkedin                                                                                   Join now    **Sign in**

🔍 Craig Etchegoyen



## Craig Etchegoyen

Chairman at WSOU investments

🏢 **PARTIE**

Kailua-Kona, Hawaii, United States · 1 connection

**Sign in to Connect**

---

## Experience



**Chief Executive Officer**
PARTIE



**Chairman**
WSOU investments
Jan 2017 – Present · 3 years 10 months
Hawaii, United States

---

### View Craig's full profile

- See who you know in common
- Get introduced



Join now    **Sign in**

 Craig Etchegoyen

## People also viewed



**Alan King (Cheung)**
AKINGSFOREVER
New York, NY



**Andy Dinh**
Founder & CEO at TSM
Los Angeles, CA



**Michael Sha Money Xl Clervoix**
Man of God at Clervoix LLC
New York City Metropolitan Area



**Scott Sasso**
Owner, 10.Deep Clothing
Brooklyn, NY

## Others named **Craig Etchegoyen**



**Craig Etchegoyen**
sir at uniloc
Newport Beach, CA

1 other named Craig Etchegoyen is on LinkedIn

See others named **Craig Etchegoyen**

## Craig's public profile badge

Include this LinkedIn profile on other websites

**Craig Etchegoyen**
Chairman at WSOU investments

Chief Executive Officer at PARTIE

**Linked in**

Join now | Sign in

🔍 Craig Etchegoyen

© 2020

Accessibility

Privacy Policy

Copyright Policy

Guest Controls

Language

About

User Agreement

Cookie Policy

Brand Policy

Community Guidelines