# EXHIBIT 8

 Linkedin    Join now    **Sign in**

Stuart A. S.



...

# Stuart A. S.

President at Brazos Licensing and Development

Los Angeles, California · 500+ connections

**Join to Connect**

Brazos Licensing and Development

 The George Washington University Law School

---

# Experience

### President
Brazos Licensing and Development

Aug 2017 – Present · 3 years 2 months

Waco, Texas, United States

 ### General Counsel
Wade & Company

Mar 2016 – May 2019 · 3 years 3 months

Greater Los Angeles Area

### Partner
Reed Smith

Jan 1997 – Mar 2016 · 19 years 3 months

Greater Los Angeles Area

Exhibit 8, Page 1

 **Linked** in

Join now   Sign in

Stuart A. S.

---

# Education

 **The George Washington University Law School**
JD
1986 – 1989

 **Boston College**
BA
1982 – 1986

---

## View Stuart A.'s full profile

See who you know in common

Get introduced

Contact Stuart A. directly

**Join to view full profile**

---

## Stuart A.'s public profile badge

Include this LinkedIn profile on other websites

 **Stuart A. S.**
President at Brazos Licensing and Development

President at Brazos Licensing and Development

The George Washington University Law School

Exhibit 8, Page 2

**Linked in**

Join now    Sign in

Stuart A. S.

© 2020

Accessibility

Privacy Policy

Copyright Policy

Guest Controls

Language

About

User Agreement

Cookie Policy

Brand Policy

Community Guidelines

# Wade+Co

## About

01

# Team

02

Our team leverages domain expertise and category focus to invest ahead of the curve. Wade+Co's dedicated management team is comprised of successful entrepreneurs and financial experts with demonstrated market leadership.

**Marc Wade** / Chairman

A financier , philanthropist and founder of Wade & Company, a family office. Mr. Wade has historically invested in a diversified portfolio businesses with a primary focus on asset backed lending. His portfolio has included commercial real estate, banking, Energy, sports and

Exhibit 8, Page 4

Wade+Co

entertainment, technology and securities lending. Mr. Wade was a minority investor in NHL franchise , New Jersey Devils and Devils Entertainment.

He is an established venture capitalist with most recently the formation of Continuum Ventures, a merchant bank focused on emerging technology companies. Mr Wade and his family are dedicated philanthropists with a focus on supporting charities within Canada.

## Stuart Shanus / General Counsel

Based in Los Angeles, for 20 years, Mr. Shanus was a partner in the international law firm of Reed Smith LLP and served as the Managing Partner of both the Los Angeles and Century City

offices. A highly experienced business lawyer, Mr. Shanus brings to Wade & Company the problem solving skills and insights he developed representing some of the world's largest companies.

In addition to being a full time lawyer. Mr. Shanus serves on the board of directors of the Los Angeles Urban League and is a trustee of the Campbell Hall School in Los Angeles.

— Linkedin

**Sydney Broer** / Managing Director, Capital Markets & Senior Analyst, Partner

Mr. Broer's expertise is in financial engineering and trading with over 30 years of experience in trading, hedging and structuring complex derivative and debt instruments. He is adept at creating sophisticated and state-of-the-art systems integrating interest rate markets with foreign exchange and has a keen ability to blend his multi-layered market knowledge with deep understanding of complex debt structuring is unique and leads to innovative, effective outcomes.



03

# Portfolio

# Contact

04

Exhibit 8, Page 8

# Wade+Co

01

## About

Wade+Co is a family office investment firm and merchant bank.

We are a team of successful investors and established entrepreneurs with a breadth of experience across diverse sectors. Our team's long track record of success is a result of our unique culture which celebrates entrepreneurial spirit and fosters a collaborative approach to growth and value creation. We specialize in various lending products and direct investments, and manage portfolio investments in private equity, venture capital, and real estate. Overall,

Exhibit 8, Page 9

Wade+Co targets high-quality growth opportunities to maximize return.

**Our Approach.**

Wade+Co is organized around our passion for great results and the needs of our partners and investments.

Our dedicated management team offers a complete spectrum of first-in-class services.

Together, we build and grow best-in-class companies and assets.



Team                                                                02

Portfolio                                                           03

Exhibit 8, Page 10

Wade+Co

04

# Contact

Exhibit 8, Page 11

# Wade+Co

About                                                                    01

Team                                                                     02

Portfolio                                                                03
                                                                         04
## Contact

520 Newport Centre Boulevard

Newport Beach, California 92660

aliona(at)

wadeandcompany.com

Name

Organization

Email

Exhibit 8, Page 12

## Message

Submit

Exhibit 8, Page 13