# EXHIBIT 9

Linkedin                                                                              Join now    Sign in

🔍 Aaron Garvey



# Aaron Garvey

Partner at Argos IP Advisors

New York, New York · 341 connections

**Sign in to Connect**

🏢 Argos IP Advisors

🅰 Amherst College

---

## About

Creating financial solutions designed to deploy, enforce, and protect patent assets.

---

## Experience

**Partner**
Argos IP Advisors
Apr 2019 – Present · 1 year 7 months
New York, NY

Specialists in financial services innovation for patent assets

**Seeking New Opportunities**
Macro Portfolio Manager
Jan 2017 – Present · 3 years 10 months



Aaron Garvey

### Macro Portfolio Manager
Davy Capital

2014 – 2014 · less than a year

### Senior Portfolio Manager
Brevan Howard

2013 – 2014 · 1 year

### MKP Capital Management, L.L.C.
16 years

- **Senior Portfolio Manager**
  2003 – 2012 · 9 years

- **Portfolio Manager**
  2000 – 2003 · 3 years

- **Associate Portfolio Manager**
  1996 – 2000 · 4 years

## Education

### Amherst College
Bachelor's Degree

## Groups

### Global Macro Trading

            Join now    Sign in

 Aaron Garvey

### View Aaron's full profile

- See who you know in common
- Get introduced
- Contact Aaron directly

Sign in to view full profile

## People also viewed


**Ryan O'Shea**
CLO & Structured Credit Portfolio Manager
New York, NY


**Smahane Grimeh**
Fixed Income Trader
New York, NY


**Amanda Rowe**
Vice President at J.P. Morgan
Newark, DE


**Brock Strasbourger**
Head of Strategic Partnerships and Chief of Staff (CEO) at Convene
New York, NY


**Chrissy McGarry**
Vice President - Chief of Staff at Second Front Systems
Detroit Metropolitan Area


**Steve Landry**
CIO & Managing Partner at EastBay Capital
San Francisco Bay Area



Join now     Sign in

🔍 Aaron Garvey

Real Estate Private Equity Capital Markets at The Praedium Group

New York City Metropolitan Area

### Nate Burstin

Portfolio Manager at Biltmore Capital Advisors

Boca Raton, FL

### Andrew Graham

Financial Advisor at Capital Strategies, a MassMutual firm

Austin, TX

Show more profiles

## Others named Aaron Garvey

### Aaron Garvey

Associate Professor of Marketing at University of Kentucky

Lexington, KY

### Aaron Moses Garvey

Coaching: Sports, Health and Wellbeing

West Midlands

### Aaron Garvey

Senior Sales Manager at DEFENDERS

Newport, KY

### Aaron Garvey

Technical Consultant

Geelong West, VI

15 others named Aaron Garvey are on LinkedIn

See others named **Aaron Garvey**

## Add new skills with these courses

10/1/2020                                  Aaron Garvey - Partner - Argos IP Advisors | LinkedIn



🔍 Aaron Garvey

  **Finance Foundations: Business Valuation**

See all courses

## Aaron's public profile badge

Include this LinkedIn profile on other websites

**Aaron Garvey**
Partner at Argos IP Advisors

Partner at Argos IP Advisors

Amherst College

View profile

View profile badges

© 2020                                                About

Accessibility                                          User Agreement

Privacy Policy                                         Cookie Policy

Copyright Policy                                       Brand Policy

Guest Controls                                         Community Guidelines

Language