# EXHIBIT 10

10/1/2020                Matthew Hogan - Managing Director - Brazos Licensing and Development | LinkedIn



Join now | **Sign in**

Matthew Hogan



## Matthew Hogan

Managing Director at Brazos Licensing and Development

New York, New York · 500+ connections

**Sign in to Connect**

 Brazos Licensing and Development

 Boston College

 Blog

---

## Activity

**James Obletz has been named president of Delaware North's travel division: http://ow.ly/sOnR50y3qE0**

Liked by **Matthew Hogan**



**Historically, there's been a long-standing link between #HolidaySales and Q4 S&P performance, says our CIO. What could this year's numbers suggest...**

Liked by **Matthew Hogan**

**Plurilock's had tremendous growth over the last 6 months. I'm very proud of the team and what we've accomplished. #mfa #itsecurity #cybersecurity...**

Liked by **Matthew Hogan**

Exhibit 10, Page 1



Join now | Sign in

Matthew Hogan

## Experience

### Managing Director
Brazos Licensing and Development

Jan 2020 – Present · 10 months

Waco, Texas, United States

Brazos Licensing and Development is a patent advisory and monetization platform. We help entrepreneurs, inventors, technologists and patent owners exercise their intellectual property rights. We also provide funding and liquidity in patent-related transactions.

### CEO/Founder
Datacoup

May 2012 – Jan 2020 · 7 years 9 months

### Vice President: Fixed Income Sales
Deutsche Bank

Jun 2010 – Feb 2011 · 9 months

New York

Vice President: Institutional Fixed Income sales
All Securitized products.

### Vice President: Fixed Income Sales
CRT Capital Group

Dec 2008 – Mar 2010 · 1 year 4 months

Stamford Connecticut

Vice President: Institutional Fixed Income Sales
All Securitized Products.

### Associate: Institutional Fixed Income Sales
Lehman Brothers, Inc

Nov 2003 – Nov 2008 · 5 years 1 month

Greater New York City Area & San Francisco

Exhibit 10, Page 2



Join now | Sign in

Matthew Hogan

## Education

### Boston College
BS · Marketing

1999 – 2003

### scarsdale

1995 – 1999

## Groups

**The Personal Data Economy**

**Congressional Internet Caucus Academy**

## View Matthew's full profile

See who you know in common

Get introduced

Contact Matthew directly

**Sign in to view full profile**

## People also viewed



**Bea Iturregui**
VP, Brand Partnerships at Laundry Service + Cycle



Join now | Sign in

**Matthew Hogan**



**Keeley Hunter Batista**
Director of Data Analytics at Earnest Research
New York, NY

**Collin Kelly**
Senior Software Engineer at Earnest Research
Brooklyn, NY



**Avniel Dravid**
Product Leader (Cory Booker 2020, Amazon, Axon, and Multiple Startups)
New York City Metropolitan Area



**Kydia Huertas**
Former Executive Assistant at News Corp
New York, NY



**J Peter McCubbin**
M at J.P.
Los Angeles, CA



**Casey Falvey**
Product Designer
Honolulu County, HI

**Premkumar Stephen**
Technology Leader / Engineering Manager / Architect
New York, NY

**Mark Wanamaker**
Energy Storage Sales/Business Development at Lockheed Martin Energy Storage
Denver, CO

Show more profiles

## Others named **Matthew Hogan**

**Matt Hogan**
Retained Executive Search ► I help Boards and CEOs build execution focused management teams



Join now | Sign in

Matthew Hogan

**Matthew Hogan**
AVP Architecture & Tech Solutions at Manulife
Newburyport, MA

**Matthew Hogan**
Senior Software Engineer Contract at Mastercard
Ireland

454 others named Matthew Hogan are on LinkedIn

See others named **Matthew Hogan**

## Add new skills with these courses

 Behavioral Finance Foundations

 Real Estate Deal Structuring: Introduction to the Waterfall Framework

 Understanding Capital Markets

See all courses

## Matthew's public profile badge

Include this LinkedIn profile on other websites

**Matthew Hogan**
Managing Director at Brazos Licensing and Development

Managing Director at Brazos Licensing and Development

**Linked** in                                                                                    Join now    Sign in

Matthew Hogan

View profile badges

© 2020                                                About

Accessibility                                         User Agreement

Privacy Policy                                        Cookie Policy

Copyright Policy                                      Brand Policy

Guest Controls                                        Community Guidelines

Language

Exhibit 10, Page 6