# EXHIBIT 11



# Airline Schedules To & From



**(800) 433-7300**
**Local Number: (254) 752-5889**
**Lost Baggage: 1-800-535-5225**
**Waco Regional Airport - ACT**
**Dallas Fort Worth Airport - DFW**

**Effective 8/4/2020 American Airlines in Waco will be going cashless.  Credit and debit cards ONLY.**

Exhibit 11, Page 1

 

Directions to the Airport >>

Home | City of Waco, Texas | PO Box 2570 | 300 Austin Ave. | Waco, Texas 76702 | Employees Only | Phone Directory
©2020 | Designed & Maintained by City of Waco Municipal Information | All Rights Reserved | Privacy Policy and Disclaimer |
Contact Us

Exhibit 11, Page 2