# EXHIBIT 12



**Nonstop flights out of AUS**

Nonstop Flyer (/sites/default/files/images/Airport/FLIGHT_INFO/nonstop_flyer.pdf)



 (http://content.abia.org:8080/webfids/)

 (http://aus.tsa.iinside.com/)

## AUS Nonstops

### AUS airline partners are making changes to their service due to COVID-19. To ensure the latest information on air service, please contact your airline.

**Albuquerque (ABQ)**
- **Allegiant Air (http://www.allegiantair.com/)**(from the **South Terminal (http://www.austinsouthterminal.com**)) **Temporarily Suspended**
- **Southwest Airlines (https://www.southwest.com/) Temporarily Suspended**

**Amsterdam (AMS)**
- **KLM Royal Dutch Airlines (https://www.klm.com/home/us/en)**  **Temporarily Suspended**

**Asheville, NC (AVL)**
- **Allegiant (http://www.allegiantair.com/)**(from the **South Terminal (http://www.austinsouthterminal.com/)**)

**Atlanta (ATL)**
- **Delta Air Lines (http://www.delta.com/)**
- **Southwest Airlines (https://www.southwest.com/)**
- **Spirit Airlines (https://www.spirit.com/) Temporarily Suspended**

**Baltimore / Washington (BWI)**
- **Southwest Airlines (https://www.southwest.com/)**
- **Spirit Airlines (https://www.spirit.com/) Temporarily Suspended**

**Boston (BOS)**
- **Delta Air Lines (http://www.delta.com/) Temporarily Suspended**
- **JetBlue Airways (http://www.jetblue.com/)**

**Calgary (YYC**)
- **WestJet (https://www.westjet.com/en-us/index) Temporarily Suspended**

**Cancun Mexico (CUN)**
- **Southwest Airlines (https://www.southwest.com/) Temporarily Suspended**
- **Sun Country (http://www.suncountry.com/Explore/Travel-Destinations/USA/Central/Austin.html) Temporarily Suspended**

Exhibit 12, Page 1

- Spirit Airlines (https://www.spirit.com/) Temporarily Suspended

**Charlotte (CLT)**
- American Airlines (http://www.aa.com/homePage.do)

**Chicago Midway (MDW)**
- Southwest Airlines (https://www.southwest.com/)

**Chicago O'Hare (ORD)**
- American Airlines (http://www.aa.com/homePage.do)
- Frontier Airlines (https://www.flyfrontier.com/) (from the South Terminal (http://www.austinsouthterminal.com)) Temporarily Suspended
- Spirit Airlines (https://www.spirit.com/) Temporarily Suspended
- United Airlines (http://www.united.com/web/en-US/default.aspx)

**Cincinnati (CVG)**
- Allegiant Air (http://www.allegiantair.com/)(from the South Terminal (http://www.austinsouthterminal.com/))

**Dallas Love (DAL)**
- Southwest Airlines (https://www.southwest.com/)

**Dallas / Ft. Worth (DFW)**
- American Airlines (http://www.aa.com/homePage.do)

**Denver (DEN)**
- Frontier Airlines (https://www.flyfrontier.com/) (from the South Terminal (http://www.austinsouthterminal.com))
- Southwest Airlines (https://www.southwest.com/)
- Spirit Airlines (https://www.spirit.com/) Temporarily Suspended
- United Airlines (http://www.united.com/web/en-US/default.aspx)

**Des Moines (DSM)**
- Allegiant (http://www.allegiantair.com/)(from the South Terminal (http://www.austinsouthterminal.com/)) Temporarily Suspended

**Destin / Fort Walton Beach (VPS)**
- Allegiant Air (http://www.allegiantair.com/)(from the South Terminal (http://www.austinsouthterminal.com/)) Seasonal Service

**Detroit (DTW)**
- Delta Air Lines (http://www.delta.com/)
- Spirit Airlines (https://www.spirit.com/) Temporarily Suspended

**El Paso (ELP)**
- Southwest Airlines (https://www.southwest.com/) Temporarily Suspended

**Fort Lauderdale (FLL)**
- JetBlue Airways (http://www.jetblue.com/) Temporarily Suspended
- Southwest Airlines (https://www.southwest.com/) Temporarily Suspended
- Spirit Airlines (https://www.spirit.com/)

**Frankfurt, Germany (FRA)**
- Lufthansa (https://www.lufthansa.com/us/en/Homepage) Temporarily Suspended

**Grand Rapids (GRR)**
- Allegiant (http://www.allegiantair.com/)(from the South Terminal (http://www.austinsouthterminal.com/)) Temporarily Suspended

**Harlingen (HRL)**
- Southwest Airlines (https://www.southwest.com/) Temporarily Suspended

**Houston Hobby (HOU)**
- Southwest Airlines (https://www.southwest.com/)

**Houston Bush Intercontinental (IAH)**
- United  Airlines (http://www.united.com/web/en-US/default.aspx)

**Indianapolis (IND)**
- Allegiant Air (http://www.allegiantair.com/)(from the South Terminal (http://www.austinsouthterminal.com/)) Temporarily Suspended
- Southwest Airlines (https://www.southwest.com/) Temporarily Suspended

**Kansas City (MCI)**
- Southwest Airlines (http://www.southwest.com/) Temporarily Suspended

**Knoxville (TYS)**
- Allegiant (http://www.allegiantair.com/)(from the South Terminal (http://www.austinsouthterminal.com/)) Temporarily Suspended

**Las Vegas (LAS)**
- Allegiant Air (http://www.allegiantair.com/)(from the South Terminal (http://www.austinsouthterminal.com/)) Temporarily Suspended
- Frontier Airlines (https://www.flyfrontier.com/) From the South Terminal (http://www.austinsouthterminal.com))
- Southwest Airlines (https://www.southwest.com/)
- Spirit Airlines (https://www.spirit.com/)

**London Gatwick (LGW)**
- Norwegian Air (http://www.norwegian.com/us) Temporarily Suspended

**London Heathrow (LHR)**
- British Airways (http://www.britishairways.com/en-us/destinations/austin/flights-from-austin-to-london) Temporarily Suspended

**Long Beach (LGB)**
- JetBlue Airways (http://www.jetblue.com/) (Through October 5, 2020)
- Southwest Airlines (https://www.southwest.com/) (Book now flights start November 4, 2020)

**Los Angeles (LAX)**
- **American Airlines (http://www.aa.com/homePage.do)** Temporarily Suspended
- **JetBlue Airways (http://www.jetblue.com/)**
- **Delta Air Lines (http://www.delta.com/)**
- **Southwest Airlines (https://www.southwest.com/)**
- **Spirit Airlines (https://www.spirit.com/)**
- **United Airlines (http://www.united.com/web/en-US/default.aspx)**

**Lubbock (LBB)**
- **Southwest Airlines (https://www.southwest.com/)** Temporarily Suspended

**Memphis (MEM)**
- **Allegiant Air (http://www.allegiantair.com/)**(From the **South Terminal (http://www.austinsouthterminal.com**)) Temporarily Suspended

**Miami (MIA)**
- **American Airlines (http://www.aa.com/homePage.do)**

**Minneapolis/St. Paul (MSP)**
- **Delta Air Lines (http://www.delta.com/)**
- **Sun Country (http://www.suncountry.com/Explore/Travel-Destinations/USA/Central/Austin.html)**

**Nashville (BNA)**
- **Southwest Airlines (https://www.southwest.com/)**
- **Spirit Airlines (https://www.spirit.com/)** Temporarily Suspended

**New Orleans (MSY)**
- **Frontier Airlines (https://www.flyfrontier.com/)** (from the **South Terminal (http://www.austinsouthterminal.com**)) Temporarily Suspended
- **Southwest Airlines (https://www.southwest.com/)**
- **Spirit Airlines (https://www.spirit.com/)** Temporarily Suspended

**Newark/New York - Liberty (EWR)**
- **JetBlue Airways (http://www.jetblue.com/)**
- **United Airlines (http://www.united.com/web/en-US/default.aspx)**
- **Spirit Airlines (https://www.spirit.com/)** Temporarily Suspended

**New York Kennedy (JFK)**
- **American Airlines (http://www.aa.com/homePage.do)** Temporarily Suspended
- **Delta Air Lines (http://www.delta.com/)**
- **JetBlue Airways (http://www.jetblue.com/)**

**Oakland (OAK)**
- **Southwest Airlines (https://www.southwest.com/)**

**Ontario, CA (ONT)**
- **Frontier Airlines (https://www.flyfrontier.com/)** (from the **South Terminal (http://www.austinsouthterminal.com**)) Temporarily Suspended

**Orlando International (MCO)**
- **Frontier Airlines (https://www.flyfrontier.com/)** (from the **South Terminal (http://www.austinsouthterminal.com**))
- **JetBlue Airways (http://www.jetblue.com/)**
- **Southwest Airlines (https://www.southwest.com/)** Temporarily Suspended
- **Spirit Airlines (https://www.spirit.com/)**

**Orlando Sanford (SFB)**
- **Allegiant Air (http://www.allegiantair.com/)**(from the **South Terminal (http://www.austinsouthterminal.com/**)) Temporarily Suspended

**Panama City, FL (ECP)**
- **Southwest Airlines (http://www.southwest.com/)** Seasonal Service

**Paris, France (CDG)**
- **Norwegian Air (https://www.norwegian.com/us)** Temporarily Suspended

**Pensacola, FL (PNS)**
- **Southwest Airlines (http://www.southwest.com/)** Seasonal Service

**Philadelphia (PHL)**
- **American Airlines (http://www.aa.com/homePage.do)** Temporarily Suspended

**Phoenix (PHX)**
- **American Airlines (http://www.aa.com/homePage.do)**
- **Southwest Airlines (https://www.southwest.com/)**

**Pittsburgh (PIT)**
- **Allegiant Air (http://www.allegiantair.com/)**(from the **South Terminal (http://www.austinsouthterminal.com**)) Temporarily Suspended

**Portland (PDX)**
- **Alaska Airlines (http://www.alaskaair.com/)** Temporarily Suspended

**Raleigh-Durham (RDU)**
- **Delta Air Lines (http://www.delta.com/)** Temporarily Suspended
- **Southwest Airlines (https://www.southwest.com/)** Temporarily Suspended

**Sacramento (SMF)**
- **Southwest Airlines (https://www.southwest.com/)** Temporarily Suspended

**Salt Lake City (SLC)**
- **Delta Air Lines (http://www.delta.com/)**
- **Frontier Airlines (https://www.flyfrontier.com/)** (from the **South Terminal (http://www.austinsouthterminal.com**)) Temporarily Suspended

**San Diego (SAN)**
- **Alaska Airlines (http://www.alaskaair.com/)**
- **Frontier Airlines (https://www.flyfrontier.com/)** (from the **South Terminal (http://www.austinsouthterminal.com)**) **Temporarily Suspended**
- **Southwest Airlines (https://www.southwest.com/)**

**San Francisco (SFO)**
- **Alaska Airlines (http://www.alaskaair.com/)**
- **Frontier Airlines (https://www.flyfrontier.com/)** (from the **South Terminal) (http://www.austinsouthterminal.com)** **Temporarily Suspended**
- **United Airlines (http://www.united.com/web/en-US/default.aspx)**

**San Jose (SJC)**
- **Alaska Airlines (http://www.alaskaair.com/)**
- **Southwest Airlines (https://www.southwest.com/) Temporarily Suspended**

**San Jose Del Cabo/Los Cabos International  (SJD)**
- **American Airlines (http://www.aa.com/homePage.do)** ( Book now seasonal service starts December 19, 2020)
- **Southwest Airlines (https://www.southwest.com/) Temporarily Suspended**

**Seattle (SEA)**
- **Alaska Airlines (http://www.alaskaair.com/)**
- **Delta Air Lines (http://www.delta.com/)**

**St. Louis (STL)**
- **Southwest Airlines (http://www.southwest.com/)**

**Tampa (TPA)**
- **Frontier Airlines (https://www.flyfrontier.com/)** (from the **South Terminal (http://www.austinsouthterminal.com)**) **Temporarily Suspended**
- **Southwest Airlines (https://www.southwest.com/) Temporarily Suspended**

**Taos (TSM)**
- **Taos Air (http://www.skitaos.com/taos-air/where-we-fly)** (from Million Air Terminal) **Temporarily Suspended**

**Toronto, Canada Pearson (YYZ)**
- **Air Canada (http://www.aircanada.com/us/en/home.html) Temporarily Suspended**

**Washington, D.C. Dulles (IAD)**
- **Frontier Airlines (https://www.flyfrontier.com/)** (from the **South Terminal (http://www.austinsouthterminal.com)**) **Temporarily Suspended**
- **United Airlines (http://www.united.com/web/en-US/default.aspx)**

**Washington, D.C. Reagan/National (DCA)**
- **Southwest Airlines (https://www.southwest.com/) Temporarily Suspended**

## RECENT NEWS

September 14, 2020
**July 2020 Passenger, Cargo Traffic at Austin-Bergstrom (/news/july-2020-passenger-cargo-traffic-austin-bergstrom)**
August 13, 2020
**Austin-Bergstrom International Airport returns to host "Live Music at a Safe Distance" (/news/austin-bergstrom-international-airport-returns-host-live-music-safe-distance)**
August 11, 2020
**June 2020 Passenger, Cargo Traffic at Austin-Bergstrom (/news/june-2020-passenger-cargo-traffic-austin-bergstrom)**
July 23, 2020
**May 2020 Passenger, Cargo Traffic at Austin-Bergstrom (/news/may-2020-passenger-cargo-traffic-austin-bergstrom)**
July 2, 2020
**Aeromexico resumes international service at AUS (/news/aeromexico-resumes-international-service-aus)**
**View More News (/news-all/17664)**

**Tuning Up the Airport Construction Update  (/department/blog/1697/rss.xml)**
**CNBC, InMotion, Jugo, XpresSpa, Vino Volo East Open at Austin Airport (/blog/cnbc-inmotion-jugo-xpresspa-vino-volo-east-open-austin-airport)**
**Caffé Medici, Gate 6 and Hammer Made Open at Austin Airport (/blog/caffe-medici-gate-6-and-hammer-made-open-austin-airport)**
**Toy Joy and Yummi Joy, Austin Chronicle Opens in 9-Gate Expansion (/blog/toy-joy-and-yummi-joy-austin-chronicle-opens-9-gate-expansion)**
**Park Assist Finds Open Spaces in Blue Garage, Brighton Jewelry Opens, Hammer Made and InMotion Under Construction (/blog/park-assist-finds-open-spaces-blue-garage-brighton-jewelry-opens-hammer-made-and-inmotion-under-construction)**
**Airport Outdoor Patio, Barton Springs Express and The Scoreboard Now Open (/blog/airport-outdoor-patio-barton-springs-express-and-scoreboard-now-open)**
**View all blog posts (/department/blog/1697)**

## Top Content

AUS Airport Airlines & Flights (/department/aus-airport-airlines-flights)

AUS Maps & Directions (/department/aus-maps-directions)

Ground Transportation at the Barbara Jordan Terminal (/department/ground-transportation-barbara-jordan-terminal)

Nonstop flights out of AUS (/department/nonstop-flights-out-aus)

AUS - Keeping It Local (/department/aus-keeping-it-local)



### Careers (/department/careers-austin-bergstrom-international-airport)

Aviation Job Opportunities (/department/careers-austin-bergstrom-international-airport)

Internship Programs Overview (/department/intern-programs-austin-bergstrom-international-airport)

High School and College Internship Programs (/department/internship-programs-austin-bergstrom-international-airport-0)

Post-Graduate Program (/department/post-graduate-program-austin-bergstrom-international-airport)

Veteran Program (/department/veteran-program-austin-bergstrom-international-airport)

### About Us (/department/about-austin-bergstrom-international-airport-aus-0)

News (/department/aus-newsroom)

Environmental (/department/environmental-responsibility)

Passenger Stats (/department/airport-activity-reports-passenger-air-cargo-traffic)

### South Terminal (https://austinsouthterminal.com/)

Airlines & Nonstops (https://austinsouthterminal.com/airlines-flights/)

Directions (https://austinsouthterminal.com/getting-here-parking)

### Shop, Dine, Art, Music (/department/aus-keeping-it-local)

Restaurants @ Barbara Jordan Terminal (/page/restaurants-barbara-jordan-terminal)

Shopping @ Barbara Jordan Terminal (/department/shopping-barbara-jordan-terminal-0)

Services @ Barbara Jordan Terminal (/department/services-abia-barbara-jordan-terminal)

Music in the Air @ Barbara Jordan Terminal (/department/live-music-air-airport)

### Business (/department/doing-business-austin-bergstrom-international-airport)

Advertising (/department/advertising-opportunities)

Financial Information (/department/financial-information-austin-bergstrom-international-airport)

Stakeholders (/department/stakeholders)

Construction and Design Resources (/page/construction-and-design-resources-airport)

### Contact Us (/page/austin-bergstrom-international-airport-contact-information)

### Parking (https://www.abiaparking.com/)

Frequent Parker Program (https://www.abiaparking.com/abia-frequent-parker-program.aspx)

Credit Card Express Lanes (https://www.abiaparking.com/credit-card-express-lanes.aspx)

### Travel & Security (/department/travel-security-austin-bergstrom-international-airport)

Check-in & Security (/department/aus-check-security)

Travel Tips (/department/travel-security-austin-bergstrom-international-airport)

FAQ (/department/airport/faq)

Pack Smart (/department/pack-smart-0)

Customs & Int. Travel (/department/customs-international-travel)

### Airlines & Flights (/department/aus-airport-airlines-flights)

Flight Guide (http://aus.fltmaps.com/en)

Nonstops (/department/nonstop-flights-out-aus)

### Maps & Directions (/department/aus-maps-directions)

Terminal Maps (/department/aus-maps-directions#Austin-Bergstrom-Maps)

Dropping Off/Picking Up (/department/picking-and-dropping-passengers-airport)

Map your route (https://www.google.com/maps/dir//3600+Presidential+Blvd,+Austin,+TX+78719/@30.208122,-97.668715,13z/data=!4m8!4m7!1m0!1m5!1m1!1s0x864 97.666436!2d30.2038838?hl=en)

Ground Transportation (/department/ground-transportation-barbara-jordan-terminal)

Parking (https://www.abiaparking.com/)

Exhibit 12, Page 6