# EXHIBIT 13



Google Sign in

Round trip · 1 passenger · Economy

Kailua-Kona KOA → Waco ACT | Fri, Oct 30 | Tue, Nov 3

Bags · Stops · Airlines · Price · Times · Connecting airports · More

Date grid · Price graph · Nearby airports

## Travel update

Coronavirus (COVID-19) may impact travel. See travel advice

## Best departing flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply. Sort by:

| | | | | |
|---|---|---|---|---|
| 10:35 PM – 3:21 PM+2<br>Ameri... · Operated by Envoy Air as Ameri... | 36h 46m<br>KOA–ACT | 3 stops ⚠<br>PHX, SAN, DFW | $529<br>round trip |
| 10:35 PM – 11:28 AM+2<br>Ameri... · Operated by Envoy Air as Ameri... | 32h 53m<br>KOA–ACT | 2 stops ⚠<br>PHX, DFW | $564<br>round trip |
| 10:35 PM – 3:21 PM+1<br>Ameri... · Operated by Envoy Air as Ameri... | 11h 46m<br>KOA–ACT | 2 stops<br>PHX, DFW | $584<br>round trip |
| 11:15 AM – 11:28 AM+1<br>Hawaiian, A... · Operated by Envoy Air as ... | 19h 13m<br>KOA–ACT | 2 stops<br>OGG, DFW | $909<br>round trip |
| 4:15 PM – 11:28 AM+1<br>Hawaiian, A... · Operated by Envoy Air as ... | 14h 13m<br>KOA–ACT | 2 stops<br>HNL, DFW | $914<br>round trip |

## Other departing flights

| | | | |
|---|---|---|---|
| 11:15 AM – 3:21 PM+1<br>Hawaiian, A... · Operated by Envoy Air as ... | 23h 6m<br>KOA–ACT | 3 stops<br>OGG, PHX, DFW | $768<br>round trip |
| 3:22 PM – 3:21 PM+1<br>Alaska, A... · Operated by Envoy Air as A... | 18h 59m<br>KOA–ACT | 2 stops ⚠<br>SEA, DFW | $2,647<br>round trip |
| 9:40 PM – 3:21 PM+1<br>Alaska, A... · Operated by Envoy Air as A... | 12h 41m<br>KOA–ACT | 2 stops<br>SEA, DFW | $3,479<br>round trip |

105 more flights

## Hotels in Waco

Nightly prices for 1 guest Nov 1–Nov 3

Search for hotels

 

Explore more destinations from Kailua-Kona





Find the cheapest and best flight for you.

About Google    Privacy & Terms    Help Center and Consumer Information

Displayed currencies may differ from the currencies used to purchase flights. **Learn more.**

https://www.google.com/flights?lite=0#flt=KOA.ACT.2020-10-30*ACT.KOA.2020-11-03;c:USD;e:1;sd:1;t:f                                                                                             2/2

Exhibit 13, Page 2