# EXHIBIT 14





Google Sign in

Round trip · 1 passenger · Economy

Kailua-Kona KOA → Austin AUS | Fri, Oct 30 | Tue, Nov 3

Bags · Stops · Airlines · Price · Times · Connecting airports · More

Date grid | Price graph | Nearby airports

### Travel update

Coronavirus (COVID-19) may impact travel. See travel advice

## Best departing flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply.

Sort by:

| | | | | |
|---|---|---|---|---|
| 11:15 PM – 9:04 PM+1<br>United | 16h 49m<br>KOA–AUS | 2 stops<br>SFO, IAH | $452<br>round trip |
| 11:15 PM – 2:25 PM+1<br>United | 10h 10m<br>KOA–AUS | 1 stop<br>1h 37m SFO | $492<br>round trip |
| 10:35 PM – 2:00 PM+1<br>American | 10h 25m<br>KOA–AUS | 1 stop<br>2h 11m PHX | $562<br>round trip |

Prices are currently typical for your trip. Details

## Other departing flights

| | | | |
|---|---|---|---|
| 9:15 AM – 11:17 AM+1<br>Uni... · Operated by Mesa Airlines DBA Un... | 21h 2m<br>KOA–AUS | 2 stops<br>SFO, IAH | $452<br>round trip |
| 9:15 AM – 2:25 PM+1<br>United | 24h 10m<br>KOA–AUS | 1 stop<br>15h 36m SFO | $452<br>round trip |
| 9:50 PM – 1:24 PM+1<br>Unit... · Operated by Skywest DBA United ... | 10h 34m<br>KOA–AUS | 1 stop<br>1h 35m DEN | $522<br>round trip |
| 10:35 PM – 5:34 PM+1<br>A... · Operated by Skywest Airlines as A... | 13h 59m<br>KOA–AUS | 3 stops<br>PHX, ABQ, DFW | $543<br>round trip |
| 3:22 PM – 1:20 PM+1<br>Alaska | 16h 58m<br>KOA–AUS | 1 stop<br>7h 3m SEA | $631<br>round trip |
| 4:15 PM – 11:34 AM+1<br>Hawaiian, American | 14h 19m<br>KOA–AUS | 2 stops<br>HNL, DFW | $671<br>round trip |

### Hotels in Austin ⓘ
Nightly prices for 1 guest Oct 31–Nov 3

Search for hotels ↗

  

### Explore more destinations from Kailua-Kona



Google Flights    Language · English    Country · United States    Currency · USD

Find the cheapest and best flight for you.

About Google    Privacy & Terms    Help Center and Consumer Information

Displayed currencies may differ from the currencies used to purchase flights. **Learn more.**