# EXHIBIT 15





# Tian Bu

New Providence, New Jersey · 500+ connections

**Sign in to Connect**

 AppDynamics

 University of Massachusetts Amherst

## Activity

**If you have seen enough SNOW today, here's another exciting news ;)**

Liked by **Tian Bu**

 **Really excited to be joining Bloomberg Businessweek Live this afternoon and share what we are up to at Kiswe !!!**

Liked by **Tian Bu**

 **Frustrated with Agile? Read our white paper to learn: - The importance of skills, specific roles, and team structure - How to ensure alignment on...**

Liked by **Tian Bu**

**Sign in to see all activity**

Tian Bu - Head of Data Science - AppDynamics | LinkedIn

 Join now    Sign in

 **Head of Data Science**
AppDynamics

Apr 2017 – Present · 3 years 7 months

San Francisco Bay Area

## Education

**University of Massachusetts Amherst**

Ph.D. · Computer Science

1997 – 2002

## View Tian's full profile

See who you know in common

Get introduced

Contact Tian directly

**Sign in to view full profile**

## People also viewed

 **Ziv Salzman**
Director of Engineering at AppDynamics
San Francisco, CA

 **Swathi Bhat**
Senior Product Manager, at AppDynamics
San Francisco Bay Area

 **Jeffrey Pollock**
Senior Customer Success Manager at AppDynamics

Exhibit 15, Page 2

Tian Bu - Head of Data Science - AppDynamics | LinkedIn



Join now | Sign in


Architect, Security and Infrastructure at AppDynamics
San Francisco, CA


**Balaji Saireddy**
Senior Engineering Manager @ AppDynamics
Santa Clara, CA


**Toni Diaz**
Channel Marketing @ AppDynamics (Cisco)
Dallas-Fort Worth Metroplex


**Emily Harp**
Field Marketing Manager- East at AppDynamics
New York, NY


**Rob Petty**
Technology Leader at AppDynamics
San Francisco, CA


**Jack Kilgore**
Sales Development Representative at (Cisco) AppDynamics
Dallas, TX


**Kevin W.**
VP, Corporate Development and Strategy at AppDynamics, the #1 and fastest-growing APM solution!
Greater Colorado Springs Area

Show more profiles ⌄

## Others named **Tian Bu**

**Tian BU**
Étudiant(e) (Istituto Marangoni)
Paris

**Tian Bu**
Public Policy Professional
Los Angeles, CA

**Tian Bu**

Exhibit 15, Page 3

10/2/2020                                    Tian Bu - Head of Data Science - AppDynamics | LinkedIn

                                               Join now    **Sign in**

**Vincy Jia Tian Bu**
Equity Research Analyst at UBS
London

48 others named Tian Bu are on LinkedIn

**See others named Tian Bu**

## Add new skills with these courses

Google Cloud Platform for Machine Learning Essential Training



Introduction to Quantum Computing



Apache PySpark by Example



**See all courses**

## Tian's public profile badge

Include this LinkedIn profile on other websites

**Tian Bu**

Head of Data Science at AppDynamics

University of Massachusetts Amherst

View profile

Exhibit 15, Page 4

Tian Bu - Head of Data Science - AppDynamics | LinkedIn

**Linked**in

Join now    Sign in

© 2020

Accessibility

Privacy Policy

Copyright Policy

Guest Controls

Language

About

User Agreement

Cookie Policy

Brand Policy

Community Guidelines

Exhibit 15, Page 5



## Gang Chen

Senior Engineer at NVIDIA

Santa Clara, California  ·  247 connections

**Sign in to Connect**

**NVIDIA**

**University of Iowa**

**Personal Website** ↗

## Experience



**Senior Engineer**

NVIDIA

Dec 2019 – Present · 11 months

Santa Clara

**Senior Staff Engineer, Project Lead**

Huawei

Jul 2012 – Oct 2019 · 7 years 4 months

Santa Clara

Big data analysis & machine learning for manufacturing, network and component reliability solutions and performance optimization, areas include network hardware failure prediction, root cause diagnosis, manufacturing and test optimization, network KPIs monitoring and anomaly detection, etc. The solutions were deployed in multiple business units.

Exhibit 15, Page 6

 **Linked in**                                                        Join now    Sign in

🔍 Gang Chen

### Software Engineer at Silicon Test Solution Division
Mentor Graphics

Mar 2006 – Jul 2012 · 6 years 5 months

Develop new functionality for Design For Test (DFT) product FastScan/TestKompress, features include DRC, false and multi-cycle path ATPG, power-aware design handling, etc

### Hardware engineer
alcatel lucent shanghai bell

1999 – 2000 · 1 year

## Education

### University of Iowa
PhD · Electrical & Computer Engineering

2000 – 2006

### Shanghai Jiao Tong University
Master · Electrical Engineering

1996 – 1999

### Shanghai Jiao Tong University
Bachelor · Electrical Engineering

1992 – 1996

## Patents

**Fault dictionaries for integrated circuit yield and quality analysis methods and systems**

Issued July 26, 2011 · United States · 7,987,442

**Linked**in

Join now        Sign in

🔍  Gang Chen

See patent

## Determining and analyzing integrated circuit yield and quality

Issued March 31, 2009 · United States · 7,512,508

Other inventors

See patent

## Integrated circuit yield and quality analysis methods and systems

Filed March 9, 2006 · United States

Other inventors

See patent

# Groups

### Chinese Oversea Talent NETwork | 扩拓海归圈 | 海归找工作

Exhibit 15, Page 8

Gang Chen - Senior Engineer - NVIDIA | LinkedIn

**Linked**in

🔍 Gang Chen

Join now    Sign in

**DFT {Design for Test | Design for Testability} GROUP**

**International Test Conference**

**Shanghai Jobs & Career Network 上海工作机会，职业人士联盟**

Show 1 more group

## Recommendations

A preview of what LinkedIn members have to say about Gang:

❝ I worked closely with Gang during his tenure at Mentor Graphics from 2006 through 2012, where he implemented multiple key features in our flagship TestKompress and FastScan products. Time and again, Gang proved to be a fast learner, able to quickly pick up any new area and code base that he needed to work with and contribute effective solutions. He is exceptionally hard working, productive, tests his code thoroughly, and collaborates well with his peers. I would not hesitate to recommend Gang for a software development role.

1 person has recommended Gang

Sign in to view

## View Gang's full profile

See who you know in common

Exhibit 15, Page 9

Gang Chen - Senior Engineer - NVIDIA | LinkedIn



Join now    Sign in

🔍 Gang Chen

## People also viewed


**David Liaw**
Director, Supply Chain Management at NVIDIA
Santa Clara, CA


**Jianping Yan**
DFT Engineer at Google
San Jose, CA


**Tony Pan**
Semiconductor and Materials Eng Consultant
Saratoga, CA


**Shi Lu**
Software Engineer at NVIDIA
Sunnyvale, CA


**Harpreet Khaira**
Senior Pricing Analyst at NVIDIA
San Jose, CA


**Ofer Shacham**
Sr. Director of Silicon at Facebook
Los Altos, CA


**Swarnali Ghosh Dastider**
Assistant Professor | Construction Science and Management at Tuskegee University
St Louis, MO

**Ryan Tally**
DFT methodology engineer at Nvidia
San Jose, CA

**Keith McKay**
Flash Memory, SSD, Computational Storage
San Francisco Bay Area

Exhibit 15, Page 10

Gang Chen - Senior Engineer - NVIDIA | LinkedIn



Join now    Sign in

🔍 Gang Chen

## Others named **Gang Chen**

**Gang Chen**

Architect/Bestselling Author, LEED AP BD+C (GreenExamEducation.com) Director of Architectural Service, ArchiteG, Inc.

Irvine, CA

**GANG CHEN**

Kingdee - Sales Account Manager

Shanghai, China

**Gang Chen**

Co-founder & CEO at WeGene

Shenzhen

**Gang Chen**

Engineering Manager at Amazon

Redmond, WA

**Gang Chen**

Austin, TX

9778 others named Gang Chen are on LinkedIn

**See others named Gang Chen**

## Add new skills with these courses



Artificial Intelligence Foundations: Thinking Machines

Azure Machine Learning Development: 1 Basic Concepts

Exhibit 15, Page 11

Gang Chen - Senior Engineer - NVIDIA | LinkedIn

 **Linked**in

Join now    Sign in

🔍 Gang Chen

▶ Debugging C Code

See all courses

# Gang's public profile badge

Include this LinkedIn profile on other websites

**Gang Chen**
Senior Engineer at NVIDIA

Senior Engineer at NVIDIA

University of Iowa

View profile

**View profile badges**

© 2020

Accessibility                           About

Privacy Policy                          User Agreement

Copyright Policy                        Cookie Policy

Guest Controls                          Brand Policy

Language                                Community Guidelines

Exhibit 15, Page 12

Roland Ryf - Distinguished Member Of Technical Staff - Bell Laboratories | LinkedIn



**Linked** in

Join now    Sign in

🔍  Roland Ryf

# Roland Ryf

Distinguished member of technical staff at Nokia Bell Labs

Matawan, New Jersey  ·  271 connections

**Sign in to Connect**

NOKIA   **Bell Laboratories**

ETH   **ETH Zürich**

## About

I did my Ph.D. in physics working on nonlinear optics and optical parallel processing. At Bell Labs, I have worked on a variety of projects like MEMS based large port-count optical cross-connect switches, high resolution optical wavelength filters, MEMS based infrared cameras, laser based microprojectors, multimode components and optical amplifiers, and numerous first experimental demonstration of long-distance high-capacity space-division multiplexed transmission over multimode fibers and coupled-core multicore fibers. I authored/co-authored over 250 journal and conference publications, I am co-inventor on over 50 patents, served as committee member for various conferences including the Conference on Lasers and Electro-Optics (CLEO) and the Optical Fiber Conference (OFC), and I am currently is Associate Editor of the IEEE/OSA Journal of Lightwave Technology.

## Activity

### Recognizing Those Making a Difference in Engineering Education

Exhibit 15, Page 13

**Linked** in

Join now    Sign in

🔍  Roland Ryf

# Experience

### Bell Laboratories
20 years 6 months

- ### Distinguished Member Of Technical Staff
  May 2014 – Present · 6 years 6 months

- ### Member Of Technical Staff
  May 2000 – May 2014 · 14 years 1 month

---

# Education

### ETH Zürich
Ph.D. · Physics

1995 – 2000

### ETH Zürich
Master's degree equivalent · Physics

1990 – 1995

### Neu Technikum Buchs, Switzerland
B.S. Equivalent · Electrical and Electronics Engineering

1987 – 1990

---

# Languages

### English
Full professional proficiency

Exhibit 15, Page 14

Roland Ryf - Distinguished Member Of Technical Staff - Bell Laboratories | LinkedIn

**Linked**in

Join now    | Sign in |

🔍  Roland Ryf

**French**
Professional working proficiency

**Spanish**
Elementary proficiency

## Groups

**Optical Networking**

**Scientific Python**

**ETH Alumni (closed group)**

**Photonics**

**IEEE Photonics Society**

**ECOC 2013**

Show 2 more groups

Exhibit 15, Page 15

10/2/2020                                    Roland Ryf - Distinguished Member Of Technical Staff - Bell Laboratories | LinkedIn

**Linked**in

Join now    Sign in

Q   Roland Ryf

Get introduced

Contact Roland directly

Sign in to view full profile

## People also viewed

 **Kyle Guan**
Research Scientist at Bell Labs
Holmdel, NJ

 **Dan Kushnir**
Applied Mathematician
New Providence, NJ

 **Haoshuo Chen**
Member of Technical Staff at Bell Laboratories
Holmdel, NJ

 **Jack Langerman**
Deep Learning, ML, software engineer, interactivity designer, producer, and technical sorcerer.
Makes things that work.
New York, NY

 **Junho Cho**
Member of Technical Staff at Bell Laboratories
Holmdel, NJ

 **Chrysa Papagianni**
Network Research Scientist at Nokia Bell Labs
College Park, MD

 **Lakshman, TV**
Nokia Bell Labs
Holmdel, NJ

**Alex Duque**

Exhibit 15, Page 16



Join now      Sign in

Roland Ryf

Highlands, NJ

**Cuong Tran**
MTS at Alcatel-Lucent
Holmdel, NJ

Show more profiles

# Others named **Roland Ryf**

**Roland Ryf**
Liebefeld

**Roland Ryf**
--
Kloten

**Roland Ryf**
L.Ac at Natural healthcare center
Thousand Oaks, CA

3 others named Roland Ryf are on LinkedIn

See others named **Roland Ryf**

# Add new skills with these courses

      Python Essential Libraries

      Women Transforming Tech: Career Insights

      Learning Verilog for FPGA Development

Exhibit 15, Page 17

**Linked in**

Join now    Sign in

🔍  Roland Ryf

Include this LinkedIn profile on other websites

**Roland Ryf**

Distinguished member of technical staff at Nokia Bell Labs

Distinguished Member Of Technical Staff at Bell Laboratories

ETH Zürich

View profile

**View profile badges**

Accessibility                          About

                                        User Agreement

Privacy Policy                         Cookie Policy

Copyright Policy                       Brand Policy

Guest Controls                         Community Guidelines

Language

Exhibit 15, Page 18

10/2/2020        Jack Jachner - Vice President Cloud, North America - Alcatel-Lucent Enterprise | LinkedIn



| | Join now | **Sign in** |

🔍 Jack Jachner



# Jack Jachner

Experienced Telecommunications Executive

San Francisco Bay Area · 500+ connections

**Sign in to Connect**

 **Alcatel-Lucent Enterprise**

**MIT**

---

## About

Experienced at leadership of business initiatives and technical teams to drive innovation.
Built and led teams of up to 40 staff in product launch, in R&D and in CTO Innovation Labs.
Management and technology innovation experience at Alcatel-Lucent, Tellabs, Nortel.
- Ph.D. & Masters in Comms. Eng. at MIT, first of 500 grads in Bach. of Eng. at McGill
- Alcatel Corporate High Potential management grooming via CORE training program.
- Alcatel Patent Award top achiever : 17 US patents granted to date, plus international
- Frequent speaker at industry events – Google me!
- US citizen, born and raised in Canada, fluent in English, French and Polish

---

## Articles by Jack

### Article in Telecom Reseller on Hybrid Cloud

By **Jack Jachner**

July 11, 2017

Exhibit 15, Page 19

10/2/2020                    Jack Jachner - Vice President Cloud, North America - Alcatel-Lucent Enterprise | LinkedIn



By **Jack Jachner**

April 1, 2017

## Activity

**Sometimes in this journey of life with personal and professional responsibilities we forget to stop and reflect on how and where it all started, and...**

Liked by **Jack Jachner**

## Experience

### Vice President Cloud, North America

Alcatel-Lucent Enterprise

Oct 2014 – Present · 6 years 1 month

San Francisco Bay Area

VP Cloud Business in North America Region
- Responsible for Business growth of Cloud Solutions for Unified Communications and Data Networks
- Pioneered launch of OpenTouch Cloud with globally first partner and customer
- Initiated strategic relationship for co-development with key business partner.

## Education

### MIT

Doctor of Science · Electrical Engineering & Computer Science

1985 – 1993

Digital Signal Processing with Dr. Harry Lee and Prof. Alan V. Oppenheim
Thesis: "High-Resolution Direction Finding in Multi-Dimensional Scenarios"

Exhibit 15, Page 20

**Linked**in

Join now    Sign in

🔍  Jack Jachner

Data Communication Networks with Prof. Robert G. Gallager
Thesis: "Multiaccess Protocols for Variable Length Packets"
Enhanced random access ALOHA protocol for variable length data packets.

### McGill University

Bachelor of Science · Electrical Engineering · 3.9 / 4.0

1978 – 1981

Honors Curriculum
Great Distinction in Electrical Engineering, University Scholar, Gold Medal.
Achieved highest GPA (3.9/4.0) out of 500 Engineering class of ' 81 graduates.

## Licenses & Certifications

### Unconscious Bias
LinkedIn

Issued Jul 2020

See credential

## Patents

### System and method for representation of presentity presence states for contacts in a contact list
Issued April 15, 2014 · United States · 8,701,017

A presence system is provided with a communications device associated with a presentity that is capable of displaying a respective presentity presence state indicating a respective availability of the presentity as provided by a presence system to each contact on a contact list of the presentity.

Other inventors

**Linked**in

Join now      Sign in

🔍  Jack Jachner

See patent

## System and method for controlling access to conference calls

Issued February 18, 2014 · United States · 8,654,954

A conferencing system enables conference participants to control external party access to an ongoing conference call by providing a conference server that includes a conference client operable to manage a conference call between conference participants, an interface operable to receive an instruction during the conference call that defines a policy to control external party access to the conference call and a processor for executing the conference client to initiate the conference call and...

Show more

Other inventors

See patent

## Presence based DTMF signaling enablement of voice communication controller and method

Issued July 30, 2013 · United States · 8,498,390

A voice communication controller (e.g., private branch exchange (PBX)) is described herein which can automatically enable an outbound dual tone multi-frequency (DTMF) feature for one of it's extensions that is attached to a phone which belongs to a user while that user is or is likely to be participating in a session with an external DTMF communication system (e.g., a conference/collaboration bridge, an interactive voice response (IVR) system, or a voice mail system). This is desirable because...

Show more

See patent

Exhibit 15, Page 22

**Linked** in                                              Join now    **Sign in**

🔍  Jack Jachner

system includes a presence server for collecting and storing presence information on an
information provider that provides an information service to users.

See patent

## Calendar interface for digital communications

Issued January 29, 2013 · United States · 8,364,760

Information from communications is displayed in a calendar format. Text from the
communications is used to determine whether a scheduling entry should be created. If so, text
from the communication is used to create a proposed calendar or to-do list entry, which can be
saved, modified or canceled by the user. Information from a call log can be filtered and displayed
in a calendar format.

See patent

## Architecture for presence based transaction tracking across multiple devices and clients

Issued August 7, 2012 · United States · 8,239,517

A presence-based transaction tracking method and system for communicating transaction
information over a data network in which a sensing device in a host network associated with a
transaction publishes presence information associated with a sensed transaction state to a server.
A watcher subscribes to the server for receiving the presence information in which a middleware
application can enable a watcher access across disparate client messaging systems.

See patent

## System and method for coupling an instant messaging session with a PBX call session

Issued February 28, 2012 · United States · 8,126,130

System and method for coupling an IM session with a PBX call session are described. One
embodiment is a multimedia session manager system comprising a first controller for controlling
telephony services to a plurality of terminals; and a second controller for controlling IM services
to a plurality of user communications devices; and wherein, responsive to application of a private
branch exchange ("PBX") service to a telephony call, the second controller automatically applies a
corresponding IM...

Exhibit 15, Page 23

**Linkedin**                                           Join now    **Sign in**

🔍  Jack Jachner

See patent

## Calendar interface for digital communications

Issued November 8, 2011 · United States · 8,055,707

Information from communications is displayed in a calendar format. Text from the communications is used to determine whether a scheduling entry should be created. If so, text from the communication is used to create a proposed calendar or to-do list entry, which can be saved, modified or canceled by the user. Information from a call log can be filtered and displayed in a calendar format.

Other inventors

See patent

## Presence based DTMF signaling enablement of voice communication controller and method

Issued October 18, 2011 · United States · 8,041,015

A voice communication controller (e.g., private branch exchange (PBX)) is described herein which can automatically enable an outbound dual tone multi-frequency (DTMF) feature for one of it's extensions that is attached to a phone which belongs to a user while that user is or is likely to be participating in a session with an external DTMF communication system (e.g., a conference/collaboration bridge, an interactive voice response (IVR) system, or a voice mail system). This is desirable because...

Show more

Exhibit 15, Page 24

Linked **in**

Join now    **Sign in**

🔍   Jack Jachner

An enhanced whisper feature enables a user to engage simultaneously in disparate telephonic communication sessions by isolating audible input of the user from a select one of the telephonic communication sessions while providing audible output from each of the telephonic communication sessions to the user. The whisper feature can be further enhanced using a presence system that maintains presence information indicating the availability of the user. The presence system can enable the whisper...

Show more

See patent

### System and method for representation of user preference and policy in contact list

Issued May 10, 2011 · United States · 7,941,752

System and method for representing preference and policy in a contact list are described. One embodiment is a graphical user interface ("GUI") for displaying a directory of contacts of a user. The GUI comprises a list of contacts displayed in a first window of the GUI; for each contact in the list of contacts, a preference and policy category for the contact, wherein the preference and policy category for the contact is displayed in the first window of the GUI; and for each contact in the list...

Show more

Other inventors

See patent

### Presence driven communication contacts

Issued February 15, 2011 · Europe · 7,890,474

A system, method and computer readable medium for presence driven communication contacts of presentities in a presence server in a presence system comprises searching a relational

Jack Jachner - Vice President Cloud, North America - Alcatel-Lucent Enterprise | LinkedIn

**Linked** in                                                          Join now      Sign in

🔍 Jack Jachner

See patent

### Presence system and method for providing access to web services

Issued December 20, 2010 · United States · 7,856,478

A presence system provides access to web services offered by presentities. The presence system
includes a presence server for collecting and storing presence information on a presentity and
providing the presence information to watchers of the presentity. The presence server further
receives from the presentity web service invocation information providing access to one or more
web services of the presentity. The presence server provides the web service invocation
information of the presentity,...

Show more

See patent

### Voice terminal for dialing by name with presence

Issued September 21, 2010 · United States · 7,801,284

A voice terminal provides an enhanced dial-by-name feature using presence information
indicating availability of subscribers. The voice terminal includes an input device configured to
receive input from a user indicating directory search criteria for searching a directory of
subscribers to identify those subscribers matching the input and a user interface operable to
provide both a list of subscribers matching the input and presence information on each of the
subscribers in the list.

Other inventors

Exhibit 15, Page 26

Jack Jachner - Vice President Cloud, North America - Alcatel-Lucent Enterprise | LinkedIn

**Linked** in                                                    Join now    Sign in

🔍  Jack Jachner

See patent

## Scalable presence distribution system and method

Issued March 9, 2010 · United States · 7,676,577

Scalable presence distribution system and method are described. In one embodiment, a presence distribution system comprises a plurality of presence servers and a centralized management function for coordinating registration of a presentity with one or more of the plurality of presence servers.

See patent

## Multiple access presence agent

Issued March 9, 2010 · United States · 7,676,550

A multiple access presence agent that collects and stores presence information on a presentity from presence contributors is configured to define access rules for each of the presence contributors, in which the access rules define respective rights and privileges of the presence contributors to the presence information of the presentity. The multiple access presence agent is further capable of authenticating one of the presence contributors to determine the access rules associated with that...

Show more

See patent

## Telephony/conference activity presence state

Issued August 4, 2009 · United States · 7,570,752

A presence system and method are described herein which infer a person's level of participation in a telephone call (e.g., multi-party conference call, one-on-one telephone call, collaboration session). In one embodiment, the presence system collects presence information about one or more activities of a person while they are also participating in a telephone call. The presence system aggregates and analyzes the collected presence information to determine a telephony/conference activity...

10/2/2020                    Jack Jachner - Vice President Cloud, North America - Alcatel-Lucent Enterprise | LinkedIn

**Linked** in                                         Join now    **Sign in**

🔍  Jack Jachner

## Honors & Awards

**Alcatel Patent Award for best individual patent performance for North America**
Alcatel

2006

## Languages

**English**
Native or bilingual proficiency

**French**
Native or bilingual proficiency

**Polish**
Full professional proficiency

## Recommendations

A preview of what LinkedIn members have to say about Jack:

" It was a great pleasure to work with Jack. In addition to being extremely sharp in the technical
   fields, Jack proved to be eager and skilled in tackling a rapidly expanding scope of
   responsibility at Tellabs. In short: Jack is a leader, motivator, doer, and a team player -
   whatever it takes to get the job done.

1 person has recommended Jack

**Sign in to view**

Exhibit 15, Page 28

Jack Jachner - Vice President Cloud, North America - Alcatel-Lucent Enterprise | LinkedIn



**Linked**in    Join now    Sign in

Q  Jack Jachner

Get introduced

Contact Jack directly

Sign in to view full profile

## People also viewed

 **Philippe Rhode**
Software Lead Architect at Alcatel-Lucent Enterprise
Calabasas, CA

 **Laura Kirby**
Sales Administration Manager at VMware
Greater Cleveland

 **Mark Truhlar**
Hydrologic Technician at U.S. Geological Survey (USGS)
Rincon, GA

 **Cheri Petiprin-Dettmar**
Looking for new job opportunities...
Carlsbad, CA

 **Stephen Clawson**
Senior Software Engineer at Alcatel-Lucent Enterprise
Salt Lake City, UT

 **Lisa Simpson**
VP Sales West and Canada
Los Angeles Metropolitan Area

**Mike Mullarkey**
Sr. Vice President Sales and Marketing, North America at Alcatel-Lucent Enterprise
Orland Park, IL

**Stephanie Hsu**

Exhibit 15, Page 29



Join now    **Sign in**

🔍 Jack Jachner

Director of Cloud Infrastructure & Operations (SRE) at Alcatel-Lucent Enterprise
Greater Strasbourg Metropolitan Area

**Daniel LESVENAN**

--

Brest

Show more profiles

## Add new skills with these courses



5G Technology Strategy: Next-Generation Mobile Networking



Learning Skype for Business



Customer Service: Creating Customer Value

**See all courses**

## Jack's public profile badge

Include this LinkedIn profile on other websites

**Jack Jachner**
Experienced Telecommunications Executive

Vice President Cloud, North America at Alcatel-Lucent Enterprise

MIT

Exhibit 15, Page 30

Jack Jachner - Vice President Cloud, North America - Alcatel-Lucent Enterprise | LinkedIn

**Linked**in

Join now    Sign in

🔍 Jack Jachner

© 2020                                  About

Accessibility                          User Agreement

Privacy Policy                        Cookie Policy

Copyright Policy                     Brand Policy

Guest Controls                      Community Guidelines

Language

Exhibit 15, Page 31

Zhongjin Yang - Greater Chicago Area | Professional Profile | LinkedIn



Linked**in**

Join now | **Sign in**

🔍 Zhongjin Yang

# Zhongjin Yang

Dr. at Efficient Capital Management

Greater Chicago Area · 136 connections

**Sign in to Connect**

🌲 **Efficient Capital Management**

🔴 **University of Oslo (UiO)**

## Experience



### Senior Researcher

Efficient Capital Management

Aug 2003 – Mar 2012 · 8 years 8 months

working on quantifying professional traders, constructing diversified portfolios, and analyzing investment risk in the investments of commodity, equity, and currency exchange futures. He developed several quantitative ranking systems, designed a few algorithms for computing optimization functions, and introduced some innovative approaches to estimating risks of options and futures contracts.

### Member of Technical Staff

Alcatel-Lucent

1997 – 2003 · 6 years

Worked on telecommunication.
11 granted patents and 8 published patents issued by the US Patent and Trademark Office (USPTO).

Exhibit 15, Page 32

10/2/2020                    Zhongjin Yang - Greater Chicago Area | Professional Profile | LinkedIn



                                                              Join now    Sign in

🔍  Zhongjin Yang

**NSERC International Fellow and Killam Postdoctoral Fellow**
Dalhousie University
1992 – 1994 · 2 years
Superconductivity applications.

**Visiting Scientist**
University of Tokyo
1992 – 1992 · less than a year
Superconductivity materials.

## Education

**University of Oslo (UiO)**
Ph.D. · Physics
1988 – 1991

**Institute of Metal Research, Academia Sinica**
MS · Physics
1983 – 1986

**Jilin University**
BS · Physics
1978 – 1982

## Groups

**The QUANTS Network - Institutional Trading Network**

Exhibit 15, Page 33

10/2/2020                     Zhongjin Yang - Greater Chicago Area | Professional Profile | LinkedIn

**Linked**in

Join now    Sign in

🔍 Zhongjin Yang

Get introduced

Contact Zhongjin directly

Sign in to view full profile

## People also viewed


**Nicholas Tackowiak**
Software Engineer at Google
Greater Boston


**Wangshen Xie**
Quant Trader at Tower Research Capital
Greater Chicago Area


**Robert Johnson**
FPGA Designer
Randolph, NJ


**Steven Thomas**
Technical Lead
United States


**Song Wang**
Software Engineer at Tower Research Capital
New York City Metropolitan Area


**Rich Gorman**
Member of Technical Staff at InterDigital Communications
Warminster, PA


**Donald Fleck**
Member of Technical Staff at InterDigital Communications
Emmaus, PA

**Darryl Kelley**
Director IT at *

Exhibit 15, Page 34

Zhongjin Yang - Greater Chicago Area | Professional Profile | LinkedIn

 Linked in                                                    Join now   Sign in

Zhongjin Yang

**Charles (Sangcheol) Min**
Sr. Quant Researcher, Partner at Allston Trading
New York City Metropolitan Area

Show more profiles

## Others named **Zhongjin Yang**

**杨忠进**
总经理
Minhang District

**杨中进**
高级搬砖专家
Shenzhen

**Zhongjin Yang**
--
United States

**杨中进**
设备高级主管 - 爱斯特
Chengdu

48 others named Zhongjin Yang are on LinkedIn

See others named **Zhongjin Yang**

## Add new skills with these courses

 Unreal Engine: Product Visualization

Tony Schwartz on Managing Your Energy for Sustainable High Performance

Exhibit 15, Page 35

Zhongjin Yang - Greater Chicago Area | Professional Profile | LinkedIn

**Linked** in

Join now    Sign in

🔍 Zhongjin Yang

 **Excel for Investment Professionals**

See all courses

## Zhongjin's public profile badge

Include this LinkedIn profile on other websites

> **Zhongjin Yang**
> Dr. at Efficient Capital Management
>
> University of Oslo (UiO)
>
> View profile

View profile badges

© 2020

Accessibility

Privacy Policy

Copyright Policy

Guest Controls

Language

About

User Agreement

Cookie Policy

Brand Policy

Community Guidelines

Exhibit 15, Page 36



**Linked** in

🔍 Yigang Cai

Join now    Sign in

# Yigang Cai

IEEE Fellow | ASME Fellow | Senior Research Scientist

Greater Chicago Area  ·  382 connections

**Sign in to Connect**

**NOKIA** Nokia Bell Labs

Zhejiang University

---

## About

One of most prolific industry inventors. He filed a total of 1000+ patents, with 669 patents granted globally (including 196 US patents) (https://patents.justia.com/inventor/yigang-cai?page=1). Many of his inventions in wireless networks have been built into products and systems of 2G/3G/4G and 5G products of systems and networks, and deployed worldwide, including 4G/LTE/IMS network system, 5G Machine Type Communications (MTC), Device-to-Device Communications, Unlicensed spectrum communications, 5G end-to-end architectures and use cases (both Access Networks and Core Networks), Network Slicing, etc., resulting in billions of dollars revenues in the last two decades.

He contributed significantly to the wireless communication industry with his innovation and engineering leadership in 3G/4G/5G wireless product development and field network support, such as 4G LTE/IMS accounting/charging system, 3GPP core network eMTC architecture and solutions, LTE messaging systems, 4G/5G eMTC or LTE-M/Cat-M radio interface, 5G end-to-end architectures and use cases/verticals, resulting in many long-term industry solutions. One of his famous inventions (9 US patents filed) in 4G/5G LTE-M/Cat-M has led to dozens of thousand Cat-M base stations deployed in US and overseas.

Yigang Cai - Greater Chicago Area | Professional Profile | LinkedIn



He is IEEE fellow and ASME fellow.

## Activity

Over the past 17 weeks, our Linhart Public Relations team has done an outstanding job of fostering client relationships and delivering results, value...

Liked by **Yigang Cai**

Tutorial on Advanced Antenna Systems (AAS) for 5G Networks https://lnkd.in/gVpQCGN

Liked by **Yigang Cai**

AT&T Earnings Down; Lower CAPEX for remainder of 2020, 5G Uncertainty? https://lnkd.in/gzN2HfV

Liked by **Yigang Cai**

Sign in to see all activity

## Experience

### Senior Research Scientist
Nokia Bell Labs

Jan 2019 – Apr 2019 · 4 months

Naperville, IL

- 5G New Radio Interface
- 5G New Radio for IoT

Exhibit 15, Page 38

10/2/2020                                              Yigang Cai - Greater Chicago Area | Professional Profile | LinkedIn

**Linked**in

🔍 Yigang Cai

Join now   Sign in

- 5G end-to-end architecture leadership program
- 5G use cases and verticals
- 5G New Radio Non-Orthogonal Multiple Access (NOMA) schemes
- 5G New Radio scheduler and DL control analysis
- 5G Network Slicing controls
- 5G dynamic QoS control and management

### Distinguished Member Of Technical Staff
ALCATEL-LUCENT USA INC.

Jan 2007 – Dec 2013 · 7 years

Naperville, IL

- Lead System and Architecture Engineer in eMTC/LTE-M/CatM innovation, architecture and system design
- Lead System and Architecture Engineer in 4G/LTE wireless
- Lead System and Architecture Engineer in CDMA wireless
- Lead System engineer for advanced messaging system (2G/3G/4G)
- Lead System engineer for 2G/3G/4G charging and accounting system

### Distinguished Member Of Technical Staff
Lucent Technologies Bell Labs innovations

Mar 1996 – Dec 2006 · 10 years 10 months

Naperville, IL

- System enginner for Lucent flagship product 5ESS
- System enginner for Intelligent Network
- System enginner for Lucent flagship payment product SurePay
- System enginner for Intemediat Subsystem (IMS)

### Member Of Technical Staff
AT&T Bell Laboratories

Nov 1995 – Feb 1996 · 4 months

Naperville, IL

- System enginner for 5ESS Intelleginet Network

Exhibit 15, Page 39

Yigang Cai - Greater Chicago Area | Professional Profile | LinkedIn

**Linked** in

Join now          **Sign in**

🔍  Yigang Cai

Research in flow-induced vibration, chaotical vibration, two-phase flows, meganetically-elevated vehicles, satellite communications, reactor model boiler, etc.

### Associate Professor

Zhejiang University (ZJU)

Jan 1982 – Apr 1989 · 7 years 4 months

Hangzhou, Zhejiang, China

Teaching assistant, lecturer and associate professor in Mechnical Engineering Department.

## Education

### Zhejiang University

BS, MS, PhD · Mechanical Engineering

1978 – 1987

## Volunteer Experience

### IEEE ComSoc Volenteer

IEEE Communication Society

Jan 2003 – Dec 2013 · 11 years

Science and Technology

• IEEE Communication Society, Member of Board of Governors (2012-2013)
• IEEE Communication Society, Director of North American Region (NAR) (2012-2013)
• IEEE Communication Society, Global Coordinator of Distinguished Lecturer Tour (DLT)/Distinguished Speaker Program (DSP) (2010-2011)
• IEEE Communication Society Exceptional Service Awards, 2009
• IEEE Communication Society, North American Region (NAR) Coordinator of Distinguished Lecturer Tour (DLT) (2009-2011)
• IEEE Region 4...

Yigang Cai - Greater Chicago Area | Professional Profile | LinkedIn

**Linked**in

Join now    **Sign in**

🔍  Yigang Cai

## Important Awards:
- Nokia Top Inventor Awards (All Time Granted Patents), June, 2019
- Nokia Top Inventor Awards (Inventions Submissions in 2018), June, 2019
- IEEE Fellow (for innovations in high-speed wireless networks), 2018
- Nokia Featured Top Inventor, April, 2018
- Nokia Featured Top Inventor, November, 2016
- Alcatel-Lucent Distinguished Inventor Award, June 20, 2013
- Bell Labs Inventors Awards, October 18, 2011
- Bell Labs Inventors Awards, October 21, 2010
- IEEE Communication...

Show more

---

## View Yigang's full profile

See who you know in common

Get introduced

Contact Yigang directly

**Sign in to view full profile**

## People also viewed

 **Hong Liu**
Distinguished Engineer
Palo Alto, CA

 **Shelley Rouse**
Product Buyer at Kobelco Compressions America, Inc
Los Angeles Metropolitan Area



Exhibit 15, Page 41

10/2/2020                                    Yigang Cai - Greater Chicago Area | Professional Profile | LinkedIn

**Linked** in

| Yigang Cai |


Area Sales Manager LAX at UPS Supply Chain Solutions
San Clemente, CA


**David Norris**
Sales Application Engineer at Bermingham Controls, Inc.
Orange County, CA


**Pete Koenig**
Control Valves & Instrumentation Professional
San Juan Capistrano, CA

**David Kelly**
Chief Global Strategist, J.P. Morgan
New York City Metropolitan Area

**Lily Pan**
Student at Parsons School of Design - The New School
New York City Metropolitan Area

**Robert Margolies**
IoT Enthusiast and Software Engineer at Google
Jersey City, NJ

**Ray Dalio**
Co-Chief Investment Officer & Co-Chairman of Bridgewater Associates, L.P.
Westport, CT

Show more profiles

## Others named **Yigang Cai**

### 蔡义岗
--
Chengdu

### 蔡毅刚
行政总厨 - 贵州聚满福餐饮管理有限公司
Zunyi

Exhibit 15, Page 42

Yigang Cai - Greater Chicago Area | Professional Profile | LinkedIn

**Linked**in

Join now    **Sign in**

🔍  Yigang Cai

农林局 - 农技员
Chengdu

6 others named Yigang Cai are on LinkedIn

See others named **Yigang Cai**

## Add new skills with these courses

5G Technology Strategy: Next-Generation Mobile Networking



 Leadership: Practical Skills

 Writing a Proposal

See all courses

## Yigang's public profile badge

Include this LinkedIn profile on other websites

**Yigang Cai**
IEEE Fellow | ASME Fellow | Senior Research Scientist

Zhejiang University

View profile

View profile badges

Exhibit 15, Page 43

Yigang Cai - Greater Chicago Area | Professional Profile | LinkedIn

**Linked** in

Join now    Sign in

🔍  Yigang Cai

Copyright Policy                          Brand Policy

Guest Controls                           Community Guidelines

Language

Exhibit 15, Page 44

10/2/2020                                          John Abraira - Baylor University - Hankamer School of Business - Frisco, Texas | LinkedIn



Linked**in**                                                                        Join now    **Sign in**

🔍 John Abraira



...

# John Abraira

Frisco, Texas · 209 connections

**Sign in to Connect**


Baylor University - Hankamer
School of Business

---

## Education



**Baylor University - Hankamer School of Business**
Executive MBA · Business Administration and Management, General



**Chapman University**
Bachelor of Science Computer Science - Honors

---

## Recommendations

A preview of what LinkedIn members have to say about John:

" John is an extremely detail oriented leader that sets aggressive goals for his team and
motivates his team to exceed expectations. John attracts and retains excellent employees and
has successfully managed several domestic and international organizations. I highly
recommend John for operational leadership positions.

Exhibit 15, Page 45

10/2/2020                      John Abraira - Baylor University - Hankamer School of Business - Frisco, Texas | LinkedIn



Join now    **Sign in**

🔍 John Abraira

## View John's full profile

See who you know in common

Get introduced

Contact John directly

**Sign in to view full profile**

## People also viewed


**Anita Sifuentes Sandoval**
BL Procurement Manager, IP Optical Networks, NOKIA
Redwood City, CA


**Amanda Lehr**
Vice President of Alumni Relations at Pennington & Company
Charlotte Metro


**Monsur Ahamed**
IT Solution Designer at NSN - Nokia Solutions and Networks
McKinney, TX


**Jeni Nalley Lane**
Principal Engineer Systems Architect at T-Mobile
Lenexa, KS


**Megin Gaenzler Duff**
Project Manager, D6 Technical Consulting
Stantonsburg, NC


**Edwin Hurtado**
tech at Alcatel-Lucent
Los Angeles Metropolitan Area

Exhibit 15, Page 46

John Abraira - Baylor University - Hankamer School of Business - Frisco, Texas | LinkedIn

 

Join now   Sign in

🔍 John Abraira

Accomplished Software Engineer | Leverage Experience & Expertise to Design & Deliver Quality Software

Keller, TX

**Michael Cook**

Fixed Networks – PSTN Transformation and Granite Services Engineer at Nokia

Collinsville, IL

**Heather Harvey**

Clinical Sales Representative at Stryker

Las Vegas Metropolitan Area

Show more profiles

## Add new skills with these courses



Extending and Optimizing a Wi-Fi Network for Small Businesses



CompTIA Network+ (N10-007) Cert Prep: 2 The Physical Network



Aligning Customer Experience with Company Culture

See all courses

## John's public profile badge

Include this LinkedIn profile on other websites

Exhibit 15, Page 47

Linked**in**

Join now      Sign in

🔍 John Abraira

View profile

**View profile badges**

© 2020                    About

Accessibility              User Agreement

Privacy Policy             Cookie Policy

Copyright Policy           Brand Policy

Guest Controls             Community Guidelines

Language

10/2/2020                    Sarit Mukherjee - Greater New York City Area | Professional Profile | LinkedIn



**Linked**in                                          Join now    Sign in

🔍 Sarit Mukherjee



...

# Sarit Mukherjee

Greater New York City Area · 500+ connections

**Sign in to Connect**

---

## Activity



#equity #rbgforever #iitkgp #womeninstem #womeninscience my medium article: Justice Ginsburg's struggles resonate with me since I am...

Liked by **Sarit Mukherjee**



#Azure continues to grow, and now we're hiring in Altanta (virtually) - across all levels: Software Engineers, Senior Software Engineers, and...

Liked by **Sarit Mukherjee**

We have been building our global network for more than a decade to be prepared for a day like today. Our network is here to connect the students to...

Liked by **Sarit Mukherjee**

**Sign in to see all activity**

Exhibit 15, Page 49

10/2/2020                    Sarit Mukherjee - Greater New York City Area | Professional Profile | LinkedIn



Join now    **Sign in**

🔍  Sarit Mukherjee

" Sarit Mukherjee worked with me in the summer of 1986, as a trainee. He was with the CS
Department at IIT, Kharagpur, and his superb intelligence and very high technical excellence
produced solid work, leading to a publication during his tenure of less than two months, his
topic of work was `Simulation of Dataflow Computer and some results' Computer Science and
Informatics, Journal of Computer Society of India, Vol 16, No 2, 1986, pp 9 – 19. We have been
in academic and professional touch, ever since. I wish him all the best in his academic, research
and personal life. Prof. Sugata Sanyal School of Technology & Computer Science Tata Institute
of Fundamental Research Homi Bhabha Road, Mumbai-400005, INDIA
Email:sanyals@gmail.com/sanyal@tifr.res.in URL: http://www.tifr.res.in/~sanyal

1 person has recommended Sarit

**Sign in to view**

## View Sarit's full profile

See who you know in common

Get introduced

Contact Sarit directly

**Sign in to view full profile**

## People also viewed

 **Hans Woithe**
Member of Technical Staff at Bell Labs
Piscataway Township, NJ

 **Alexei Ashikhmin**

Exhibit 15, Page 50

10/2/2020                              Sarit Mukherjee - Greater New York City Area | Professional Profile | LinkedIn

 Linked in                                                              Join now    Sign in

🔍  Sarit Mukherjee

Dunellen, NJ

 **Les Wu**
Technical Manager at Nokia - Bell Laboratories
New Providence, NJ

 **Iraj Saniee**
Head, Math & Algorithms Research Group, Bell Labs, NOKIA
New Providence, NJ

 **Manjiree Barve**
Distinguished Member of Technical Staff at Nokia (formerly, Alcatel Lucent, AT&T Bell Labs)
Naperville, IL

 **Qingli Liu**
Wireless Communications and Digital Signal Processing Engineer
DeBary, FL

**Laurie Barsotti**
Retired
Aurora, IL

**RAM (GNANASAKARAN) RAMANAN**
Distinguished Member of Technical Staff at Nokia
Kendall Park, NJ

**Dan Wellington**
Distinguished Member of Technical Staff at Nokia
Boulder, CO

Show more profiles

## Others named **Sarit Mukherjee**

**Sarit Mukherjee**
Software Engineer at Wittybrains Software Pvt Ltd
Noida

**Sarit Mukherjee**

Exhibit 15, Page 51

Sarit Mukherjee - Greater New York City Area | Professional Profile | LinkedIn



Linked**in**

Join now    Sign in

🔍 Sarit Mukherjee

Assistant Professor at Sri Sri University
Baduria

**Sarit Mukherjee**

Deputy Manager, Software engineer- R&D, Pinnacle Infotech Solutions
West Bengal, India

8 others named Sarit Mukherjee are on LinkedIn

See others named **Sarit Mukherjee**

## Add new skills with these courses

▶    Computer Science Principles: Digital Information

▶    Tips for Better Business Writing

▶    Programming Foundations: Conducting Code Reviews

See all courses

## Sarit's public profile badge

Include this LinkedIn profile on other websites

**Sarit Mukherjee**

View profile

Exhibit 15, Page 52

Sarit Mukherjee - Greater New York City Area | Professional Profile | LinkedIn

**Linked**in

Join now   **Sign in**

🔍  Sarit Mukherjee

© 2020                                      About

Accessibility                              User Agreement

Privacy Policy                            Cookie Policy

Copyright Policy                          Brand Policy

Guest Controls                            Community Guidelines

Language

Exhibit 15, Page 53



Linked **in**

Join now    Sign in

🔍  Tejas Naik

# Tejas Naik

Jersey City, New Jersey  ·  322 connections

**Sign in to Connect**

---

## Activity



**View my verified achievement from Harvard Business Publishing.**

Liked by **Tejas Naik**



**View my verified achievement from Scaled Agile Inc.**

Shared by **Tejas Naik**

**View my verified achievement from Pragmatic Institute.**

Liked by **Tejas Naik**

**Sign in to see all activity**

Exhibit 15, Page 54

Tejas Naik - Jersey City, New Jersey | Professional Profile | LinkedIn

 **Linked**in

Join now    Sign in

Tejas Naik

LinkedIn
Issued Aug 2019

See credential

**Certified SAFe® 5 Agilist**
Scaled Agile, Inc.
Issued Aug 2020 · Expires Aug 2021
Credential ID 70799609-5967

See credential

---

## View Tejas' full profile

See who you know in common

Get introduced

Contact Tejas directly

Sign in to view full profile

---

## People also viewed

 **Sateesh Chennagiriyappa, PMP, CSM®**
Bank of America - Technology
New York City Metropolitan Area

 **Wazida Ara**
Product Manager at S&P Global Ratings
New York, NY

 **Kathiresan Balakrishnan**
Strategic Lead, Automation & Performance Engineering QA
New York City Metropolitan Area

10/2/2020                                        Tejas Naik - Jersey City, New Jersey | Professional Profile | LinkedIn

 **Linked**in

Join now Sign in

🔍 Tejas Naik


SR Director, QA at S&P Global Market Intelligence
New York City Metropolitan Area


**Anshul Chhabra**
Head of Identity, Integration, Data and Enterprise Architecture (IT)
Tempe, AZ


**Shivam Gupta**
Staff System Engineer at Walmart Labs DC Metro
Reston, VA

**Samant Kumar**
Team Lead at S&P Global
Jersey City, NJ

**Gurpreet Kaur, CSM**
Technical Project Manager at Dun and Bradstreet
Los Angeles Metropolitan Area

**Kumar Basavalingaiah**
Quality Analyst at Accenture
Westerville, OH

Show more profiles

## Others named **Tejas Naik**

**Tejas Naik**
Studied at Savitribai Phule Pune University
Maharashtra, India

**Tejas Naik**
Thought Leadership | Digital Transformation | Architecture | DevOps | Customer Success
Atlanta Metropolitan Area

**Tejas Naik**
Work as Design Engineer At "Invensys CAD Solutions"., BE Mechanical
Nasik

https://www.linkedin.com/in/tejas-naik-7645a74/%7Bcountry%3Dde%2C+language%3Dde%7D?trk=people-guest_profile-result-card_result-card_full-c...   3/5

10/2/2020                                     Tejas Naik - Jersey City, New Jersey | Professional Profile | LinkedIn



**Linked**in

Join now    Sign in

🔍  Tejas Naik

Senior Research Scientist at Indian Institute of Technology, Bombay
Mumbai

142 others named Tejas Naik are on LinkedIn

See others named **Tejas Naik**

## Add new skills with these courses

▶   Nail Your Software Tester Interview

▶   Software Testing Foundations: Test Management

▶   Software Testing: Tools

See all courses

## Tejas' public profile badge

Include this LinkedIn profile on other websites

**Tejas Naik**

View profile

View profile badges

Exhibit 15, Page 57

Tejas Naik - Jersey City, New Jersey | Professional Profile | LinkedIn

**Linked** in

Join now    Sign in

🔍  Tejas Naik

Guest Controls                    Community Guidelines

Language

Exhibit 15, Page 58