# EXHIBIT 16

10/2/2020 — Lewisville, TX to 800 Franklin Avenue, Waco, TX - Google Maps

**Google Maps** — Lewisville, TX to 800 Franklin Avenue, Waco, TX — Drive 120 miles, 1 h 53 min



Map data ©2020 Google    10 mi

| | via I-35E and I-35 S | 1 h 53 min |
| --- | --- | --- |
| | Fastest route, the usual traffic | 120 miles |

| | via I-35W S and I-35 S | 2 h 1 min |
| --- | --- | --- |
| | | 124 miles |

| | via TX-171 S | 2 h 17 min |
| --- | --- | --- |
| | | 130 miles |

### Explore 800 Franklin Ave

    

Restaurants    Hotels    Gas stations    Parking Lots    More

10/2/2020                                                    Fairview, TX to 800 Franklin Avenue, Waco, TX - Google Maps

Google Maps    Fairview, TX to 800 Franklin Avenue, Waco, TX    Drive 128 miles, 2 h 4 min



Map data ©2020 Google, INEGI    20 mi

| | via I-35E and I-35 S | 2 h 4 min |
|---|---|---|
| | Fastest route, the usual traffic | 128 miles |

| | via I-35 S | 2 h 14 min |
|---|---|---|
| | | 134 miles |

| | via I-45 S and TX-31 W/State Hwy 31 W | 2 h 25 min |
|---|---|---|
| | | 140 miles |

### Explore 800 Franklin Ave

    

Restaurants        Hotels         Gas stations    Parking Lots    More

https://www.google.com/maps/dir/Fairview,+TX/800+Franklin+Avenue,+Waco,+TX/@32.3473457,-97.9579437,8z/data=!3m1!4b1!4m14!4m13!1m5!1…    1/1

10/2/2020																					Plano, TX to 800 Franklin Avenue, Waco, TX - Google Maps

Google Maps    Plano, TX to 800 Franklin Avenue, Waco, TX				Drive 116 miles, 1 h 56 min



Map data ©2020 Google    10 mi

- via I-35E and I-35 S  — 1 h 56 min
  Fastest route, the usual traffic  — 116 miles

- via US-67 S and I-35 S  — 2 h 6 min
  122 miles

- via I-45 S and TX-31 W/State Hwy 31 W  — 2 h 17 min
  129 miles

### Explore 800 Franklin Ave

 Restaurants    Hotels    Gas stations    Parking Lots    More

https://www.google.com/maps/dir/Plano,+TX/800+Franklin+Avenue,+Waco,+TX/@32.2770979,-97.3971547,9z/data=!3m1!4b1!4m14!4m13!1m5!1m1!…    1/1

10/2/2020                                  Heath, TX to 800 Franklin Avenue, Waco, TX - Google Maps

**Google Maps**  Heath, TX to 800 Franklin Avenue, Waco, TX     Drive 119 miles, 1 h 51 min



Map data ©2020 Google    10 mi

 via I-35E S and I-35 S — 1 h 51 min
Fastest route, the usual traffic — 119 miles

 via US-67 S and I-35 S — 2 h 8 min
127 miles

 via I-35E S — 2 h 20 min
134 miles

### Explore 800 Franklin Ave

Restaurants   Hotels   Gas stations   Parking Lots   More

https://www.google.com/maps/dir/Heath,+TX/800+Franklin+Avenue,+Waco,+TX/@32.1854356,-97.4851019,9z/data=!3m1!4b1!4m14!4m13!1m5!1m1!…   1/1

Exhibit 16, Page 4

10/2/2020 — Frisco, TX to 800 Franklin Avenue, Waco, TX - Google Maps

**Google Maps**    Frisco, TX to 800 Franklin Avenue, Waco, TX    Drive 123 miles, 1 h 54 min



Map data ©2020 Google, INEGI   20 mi

 **via I-35E and I-35 S**    **1 h 54 min**
Fastest route, the usual traffic    123 miles
⚠ This route has tolls.

 **via I-45 S and TX-31 W/State Hwy 31 W**    **2 h 23 min**
139 miles

 **via TX-171 S**    **2 h 25 min**
144 miles

### Explore 800 Franklin Ave

 

Restaurants   Hotels   Gas stations   Parking Lots   More

https://www.google.com/maps/dir/Frisco,+TX/800+Franklin+Avenue,+Waco,+TX/@32.3387922,-98.0678475,8z/data=!3m1!4b1!4m14!4m13!1m5!1m1!…   1/1

Exhibit 16, Page 5