# EXHIBIT 17

10/2/2020 | Lewisville, TX to 501 West 5th Street, Austin, TX - Google Maps

**Google Maps**  Lewisville, TX to 501 West 5th Street, Austin, TX   Drive 219 miles, 3 h 24 min



Map data ©2020 Google, INEGI   20 mi

| | via I-35E and I-35 S<br>Fastest route, the usual traffic | 3 h 24 min<br>219 miles |
|---|---|---|
| | via I-35 S | 3 h 29 min<br>223 miles |

### Explore 501 W 5th St

 Restaurants    Hotels    Gas stations    Parking Lots    More

https://www.google.com/maps/dir/Lewisville,+TX/501+West+5th+Street,+Austin,+TX/@31.6511606,-98.3985565,8z/data=!3m1!4b1!4m14!4m13!1m5!1…   1/1

Exhibit 17, Page 1

10/2/2020  Fairview, TX to 501 West 5th Street, Austin, TX - Google Maps

**Google Maps**  Fairview, TX to 501 West 5th Street, Austin, TX   Drive 230 miles, 3 h 31 min



Map data ©2020 Google, INEGI   20 mi

 via I-35 S   3 h 31 min
Fastest route now due to traffic conditions   230 miles
⚠ This route has tolls.

 via I-35W S and I-35 S   3 h 42 min
245 miles

 via TX-31 W/State Hwy 31 W and I-35 S   3 h 58 min
242 miles

### Explore 501 W 5th St


Restaurants   Hotels   Gas stations   Parking Lots   More

https://www.google.com/maps/dir/Fairview,+TX/501+West+5th+Street,+Austin,+TX/@31.7119302,-98.2252852,8z/data=!3m1!4b1!4m14!4m13!1m5!1…   1/1

Exhibit 17, Page 2

10/2/2020	Plano, TX to 501 West 5th Street, Austin, TX - Google Maps

Google Maps  Plano, TX to 501 West 5th Street, Austin, TX   Drive 215 miles, 3 h 34 min



Map data ©2020 Google, INEGI   20 mi

| | via I-35E and I-35 S | 3 h 34 min |
| | Fastest route, the usual traffic | 215 miles |

| | via I-35 S | 3 h 54 min |
| | | 231 miles |

### Explore 501 W 5th St

 Restaurants    Hotels    Gas stations    Parking Lots    More

https://www.google.com/maps/dir/Plano,+TX/501+West+5th+Street,+Austin,+TX/@31.6379668,-98.225286,8z/data=!3m1!4b1!4m14!4m13!1m5!1m1!1…   1/1

Exhibit 17, Page 3

10/2/2020                                                                 Heath, TX to 501 West 5th Street, Austin, TX - Google Maps



Google Maps    Heath, TX to 501 West 5th Street, Austin, TX    Drive 218 miles, 3 h 22 min

Map data ©2020 Google, INEGI   20 mi

| | via I-35 S | 3 h 22 min |
|---|---|---|
| | Fastest route, the usual traffic | 218 miles |

| | via US-67 S and I-35 S | 3 h 39 min |
|---|---|---|
| | | 226 miles |

| | via TX-31 W/State Hwy 31 W and I-35 S | 3 h 44 min |
|---|---|---|
| | | 230 miles |

### Explore 501 W 5th St

    

Restaurants    Hotels    Gas stations    Parking Lots    More

https://www.google.com/maps/dir/Heath,+TX/501+West+5th+Street,+Austin,+TX/@31.5463105,-98.2252869,8z/data=!3m1!4b1!4m14!4m13!1m5!1m1…   1/1

Exhibit 17, Page 4

10/2/2020  Frisco, TX to 501 West 5th Street, Austin, TX - Google Maps



Google Maps  Frisco, TX to 501 West 5th Street, Austin, TX  Drive 222 miles, 3 h 25 min

Map data ©2020 Google, INEGI  20 mi

| | via I-35E and I-35 S | 3 h 25 min |
| --- | --- | --- |
| | Fastest route, the usual traffic ⚠ This route has tolls. | 222 miles |

| | via I-35 S | 3 h 54 min |
| --- | --- | --- |
| | | 241 miles |

### Explore 501 W 5th St

    

Restaurants   Hotels   Gas stations   Parking Lots   More

https://www.google.com/maps/dir/Frisco,+TX/501+West+5th+Street,+Austin,+TX/@31.7033768,-98.2252853,8z/data=!3m1!4b1!4m14!4m13!1m5!1m1…  1/1

Exhibit 17, Page 5