**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 6:20-cv-00465<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER**

The Court, having reviewed and considered Defendant's Motion for Intra-District Transfer of Venue to the Austin Division, does hereby ORDER that the above-captioned action be TRANSFERRED to the Austin Division but remain on the docket of United States District Judge Alan D Albright.

SIGNED this _____ day of _____, 2020.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE