**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br>v.<br><br>MICROSOFT CORPORATION<br><br>Defendant. | CASE NO. 6:20-CV-00454-ADA<br>CASE NO. 6:20-CV-00456-ADA<br>CASE NO. 6:20-CV-00457-ADA<br>CASE NO. 6:20-CV-00458-ADA<br>CASE NO. 6:20-CV-00460-ADA<br>CASE NO. 6:20-CV-00461-ADA<br>CASE NO. 6:20-CV-00462-ADA<br>CASE NO. 6:20-CV-00463-ADA<br>CASE NO. 6:20-CV-00464-ADA<br>CASE NO. 6:20-CV-00465-ADA<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF J. HOKE PEACOCK III

Notice is hereby given that the undersigned attorney, J. Hoke Peacock III enters his appearance in this matter as counsel for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development. He may receive communications from the Court and all parties at:

> J. Hoke Peacock III
> SUSMAN GODFREY LLP
> 1000 Louisiana Street, Suite 5100
> Houston, Texas 77002-5096
> Telephone: (713) 651-9366
> Facsimile: (713) 654-6666
> Email: tpeacock@susmangodfrey.com

Dated: January 13, 2022

Respectfully submitted,

SUSMAN GODFREY L.L.P.

By: */s/ J. Hoke Peacock III*
J. Hoke Peacock III
Texas Bar. No. 15673980
Max L. Tribble, Jr.
Texas Bar No. 2021395

> Shawn Blackburn *(pro hac vice)*
> Texas Bar No. 24089989
> 1000 Louisiana Street, Suite 5100
> Houston, Texas 77002-5096
> Telephone: (713) 651-9366
> Facsimile: (713) 654-6666
> tpeacock@susmangodfrey.com
> mtribble@susmangodfrey.com
> sblackburn@susmangodfrey.com
>
> Kalpana Srinivasan
> California Bar No. 237460
> Anna Catherine Coll *(pro hac vice)*
> California Bar No. 337548
> 1900 Avenue of the Stars, 14th Floor
> Los Angeles, California 90067-6029
> Telephone: (310) 789-3100
> Facsimile: (310) 789-3150
> ksrinivasan@susmangodfrey.com
> acoll@susmangodfrey.com
>
> *Counsel for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 13, 2022, I electronically filed this document with the Clerk of Court via the Court's CM/ECF system which will send notification of such filing to all counsel of record, all of whom have consented to electronic service in this action.

> */s/ J. Hoke Peacock III*
> J. Hoke Peacock III