# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS LLC | § |
| | §    CIVIL NO: |
| vs. | §    WA:20-CV-00465-ADA |
| | § |
| MICROSOFT CORPORATION | § |

## ORDER SETTING JURY SELECTION AND TRIAL

    IT IS HEREBY ORDERED that the above entitled and numbered case is set for **JURY SELECTION AND TRIAL** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX, on **Tuesday, June 21, 2022 at 09:00 AM**.  All parties and counsel must appear at this hearing.

    IT IS SO ORDERED this 7th day of June, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE