IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>     Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION<br><br>     Defendant. | CASE NO. 6:20-CV-00454-ADA<br>CASE NO. 6:20-CV-00457-ADA<br>CASE NO. 6:20-CV-00460-ADA<br>CASE NO. 6:20-CV-00461-ADA<br>CASE NO. 6:20-CV-00463-ADA<br>CASE NO. 6:20-CV-00464-ADA<br>CASE NO. 6:20-CV-00465-ADA<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING JOINT MOTION TO STAY

Before the Court is the parties' Joint Motion to Stay the above captioned cases. After review of the Motion, the applicable law, and the record in this case, the Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the parties Joint Motion to Stay is granted and all deadlines are suspended for a period of 45 days.

IT IS SO ORDERED this 15th day of June, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE